WINSTON MERRELL, individually and )
as next of kin of )
CAMERON DWIGHT MERRELL, deceased, )
)
Plaintiff, )
)
v. )    No.:   3:21-CV-338-TAV-DCP
)
CITY OF HARRIMAN, TENNESSEE, and )
JOHN DOE, JOHN DOE, JOHN DOE and )
JOHN DOE, in their official capacities as )
agents for Roane County Sheriff's Office )
and in their individual capacity, and )
JOHN DOE, JOHN DOE, JOHN DOE and )
JOHN DOE, in their official capacities as )
agents for the Harriman City Police )
and in their individual capacity, )
)
Defendants. )

## ORDER

For the reasons stated in the memorandum opinion, filed contemporaneously with

this order, defendant's motion for summary judgment [Doc. 24] is **GRANTED**, and

plaintiff's claims against the John Doe defendants are **DISMISSED** *sua sponte*.  There

being no other issues remaining, this case is hereby **DISMISSED**, and the Clerk of Court

is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

LeAnna R. Wilson
CLERK OF COURT